# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Luis Arroyo, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br><br>Janko Property Management LLC; and Matt Janko, individually, Defendants | Case No. 1:15-cv-2647<br><br>Hon. Judge Kennelly |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice, each side to bear their own costs and attorneys' fees.

July 18, 2015

Respectfully submitted,

| | |
|---|---|
| **s/ Raisa Alicea**<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646 | **s/ Jonathan M. Boulahanis**<br>Clark Hill<br>150 N. Michigan Ave., Ste. 2700<br>Chicago, IL 60601 |