UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Luis Arroyo

                      Plaintiff,

v.                                               Case No.: 1:15−cv−02647
                                                            Honorable Matthew F. Kennelly

Janko Property Management, LLC, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 20, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the stipulation of dismissal, this case is dismissed with prejudice. The 7/21/2015 status hearing is vacated. Civil case terminated. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.